#579.69
Rec# 7885

**C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY**
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

February 10, 2011

FILED
FEB 14 2011
BANKRUPTCY COURT
ROCHESTER, NY

Paul R. Warren, Clerk of Court
United States Bankruptcy Court
100 State Street
Rochester, New York 14614

Re: G First Industries, Inc. – Case No.: 09-20632
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $579.69. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

**Claimant:** Butler Trucking, Inc.     **Amount:** $579.69     **Claims Register:** #17

_____
C. Bruce Lawrence